PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs.  ) <br> ) <br> **ROBERT EARL OLSON** ) <br> ) | **Docket Number:  CR F 95-5082-001 EDP** |

On August 7, 1995, the above-named was placed on Supervised Release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

Dated:   September 18, 2007
             Fresno, California


**REVIEWED BY:**    **/s/ Bruce A. Vasquez**
                   **Bruce A. Vasquez
                   Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    OLSON, Robert Earl**
**       Docket Number:   CR F 95-5082-001 EDP**
**       ORDER TERMINATING SUPERVISED RELEASE**
**       PRIOR TO EXPIRATION DATE**

---

IT IS SO ORDERED.

**Dated:    October 11, 2007**                     **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE